[No. 68674-7-I. Division One. October 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. A.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-02554-5, Bruce W. Hilyer, J., entered March 23, 2012. *Remanded* by unpublished per curiam opinion.

[No. 68734-4-I. Division One. October 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMONE DEPAR ECHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-00251-6, Lori Kay Smith, J., entered April 6, 2012. *Dismissed* by unpublished per curiam opinion.

[No. 68835-9-I. Division One. October 7, 2013.]

*In the Matter of the Dependency of* J.M.S.

CHRISTINA MARIE STEELE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-02432-4, Jeffrey M. Ramsdell, J., entered March 22, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Schindler and Dwyer, JJ.

[No. 68838-3-I. Division One. October 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. FALE PE'A, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-01200-6, Barbara Linde, J., entered April 13, 2012. *Remanded with instructions* by unpublished per curiam opinion.